UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY AND AMERICAN ALTERNATIVE INSURANCE CORPORATION | : | CIVIL ACTION 2:13-cv-05611 |
| | : | ADMIRALTY – RULE 9(h) |
| VERSUS | : | SECTION "J" – (4) |
| DEQUEEN, INC. | : | JUDGE BARBIER; MAG. ROBY |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that DeQueen, Inc., through undersigned counsel, will bring on for submission and hearing before the Honorable Carl J. Barbier, United States District Judge, on Wednesday, October 23, 2013, at 9:30 AM, or at such other date and time as the Court may designate, the annexed Motion to Dismiss and that the Court Decline Jurisdiction under 28 USC 2201, You are invited to attend and participate.

_____
OVERTON T. HARRINGTON, JR. (TA)(6599)
718 3RD Street
Gretna, LA 70053
Tel.: 504-232-0236; fax: 504-366-2105
E Mail:
Attorney for DeQueen, Inc.

C E R T I F I C A T E

Undersigned counsel certifies that copies of the foregoing Notice of Submission, Order, Motion, and Memorandum in Support of Motion and Exhibits have been served on National Casualty Insurance Company and American Alternative Insurance Corporation by this Court's electronic filing system but also by a copy thereof served on their counsel of record, Joseph E. Lee, Esq., Messrs. Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana 70130, by U.S. Mail, postage prepaid and properly addressed, this 3rd day of October, 2013.

_____
OVERTON T. HARRINGTON, JR.