UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY AND AMERICAN ALTERNATIVE INSURANCE CORPORATION | : | No. 2:13-cv-05611 |
| | : | ADMIRALTY RULE 9(h) |
| VERSUS | : | SECTION 'J'(4) |
| DEQUEEN, INC. | : | JUDGE BARBIER; MAG. ROBY |

ORDER FOR SUBMISSION

CONSIDERING the Motion to Dismiss and that the Court Decline Jurisdiction under 28 USC 2201 et seq., brought by DeQueen, Inc.;

IT IS ORDERED that the said Motion by DeQueen, Inc. be brought before the Court for submission on the 23rd day of October, 2013 at 9:30 AM.

SO ORDERED at New Orleans, Louisiana, this ___ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE